

LOUISIANA DEPARTMENT OF INSURANCE
JAMES J. DONELON
COMMISSIONER

# BULLETIN NO. 08-02

TO:      ALL PROPERTY AND CASUALTY INSURANCE COMPANIES

FROM:      JAMES J. DONELON

RE:      UNINSURED/UNDERINSURED MOTORIST BODILY INJURY COVERAGE FORM

DATE:      AUGUST 29, 2008

## Background

Pursuant to the 1997 amendment to LSA-R.S. 22:1406 (redesignated as LSA-R.S. 22:680 by Act 456 of the 2003 Regular Session of the Louisiana Legislature) an insured's automobile liability insurance policy will include uninsured/underinsured motorist bodily injury coverage at the same limits as the bodily injury liability coverage in the policy unless the insured properly completes and signs a form prescribed by the Commissioner of Insurance (Commissioner) rejecting, selecting lower limits or selecting economic-only coverage. A properly completed and signed Uninsured/Underinsured Motorist Bodily Injury Coverage Form (UM form) creates a rebuttable presumption that the insured knowingly rejected coverage, selected a lower limit, or selected economic-only coverage.

When properly completed and signed by the named insured or his legal representative, this UM form shall be conclusively presumed to become part of the policy or insurance contract when issued and delivered. The current UM form was originally prescribed and distributed by the Commissioner in Bulletin LIRC 98-01. With the exception of a statutory reference correction in Louisiana Department of Insurance (LDOI) Bulletin No. 01-05 Amended, the UM form has remained unchanged since it was issued in Bulletin LIRC 98-01.

## Purpose

The purpose of LDOI Bulletin No. 08-02 is to issue the revised UM form. The revision is in response to the myriad of issues that Louisiana courts have recently examined regarding the current UM form, including, but not limited to, what constitutes a properly completed form, what information must be included prior to the insured's signature, policy identification, company identification and backdating. The revised UM form incorporates changes designed to address these issues and assist both insureds and insurers as well as Louisiana courts.



PLAINTIFF'S EXHIBIT 1

Bulletin No. 08-02
August 29, 2008
Page 2

The Commissioner hereby gives notice that all property and casualty insurers writing automobile liability insurance in Louisiana shall be required to use the revised UM form in accordance with the following instructions and information:

### Important Dates

- Between September 1, 2008, and January 1, 2010, a company, at its option, may utilize the revised UM form issued with LDOI Bulletin No. 08-02 or the UM form issued with Bulletin LIRC 98-01.

- On or after January 1, 2010, all UM selections/rejections for new policies as well as modifications to the limits of liability of in-force policies shall be executed on the revised UM form issued with LDOI Bulletin No. 08-02. A UM form is "executed" on the date the policy or policy endorsement takes effect. For example, with a new policy, a UM form completed before January 1, 2010 is not "executed" until the date the policy takes effect, i.e. the beginning of the policy period. If the UM form is not obtained or is improperly completed, it will be presumed that the policyholder purchased uninsured/underinsured motorist bodily injury (UMBI) coverage at the same limit as the bodily injury liability coverage set forth in the policy.

- A properly completed and signed UM form executed prior to January 1, 2010 shall remain valid for the life of the policy unless there are modifications to the bodily injury limits of liability or the UMBI coverage.

### Important Form Changes

- **Option to "select" UMBI coverage** - The revised UM form removes the option to "select" UMBI coverage with the same bodily injury liability limits set forth in the policy. An insured is not required to "select" UMBI coverage at the same limit as the bodily injury liability coverage set forth in the policy under LSA-R.S. 22:680, because such coverage is statutorily presumed absent a properly completed and signed UM form indicating a different choice.

- **Policy number and other policy identification information** - The revised UM form includes two boxes on the lower right hand corner of the form.

    - The upper box contains an area that the insurer may use for policy information purposes (e.g. policy number, binder number number, application number, etc.). This box does not need to be filled in for the form to be properly completed.

    - The lower box must contain one of the following: the individual company name, the group name, or the insurer's logo.

- **Combined single limits** - The revised UM form now provides an option for combined single limits.

### Other Information and Instructions

- A policy effective date is not explicitly stated on the revised UM form because the form is conclusively presumed to become part of the insurance contract. The date on the insurance contract is sufficient for identifying the effective date of the revised UM form.

- The revised UM form does not have to be physically attached to the policy to conclusively become part of the policy.

- If an insurer offers economic-only UMBI, the insurer must make a form filing and obtain approval from the Louisiana Department of Insurance.

- The following tasks must be completed by the insured:

  - His/Her signature
  - His/Her printed name to identify his/her signature
  - The date the form is completed
  - Initials to select/reject UMBI coverage prior to signing the form.

- If the insured selects lower limits (available in options 1 and 3 of the revised UM form) the exact amount of coverage must be printed on the appropriate line on the revised UM form prior to the insured signing the form.

Questions regarding LDOI Bulletin No. 08-02 should be directed to the Director of Policy Forms, Office of Property and Casualty, at the Louisiana Department of Insurance at 225-342-1258.

Baton Rouge, Louisiana this 29th day of August, 2008.

JAMES J. DONELON
COMMISSIONER OF INSURANCE