Policy No. CA (457-64-08)
Renewal of No. 457642

055 AIG OLA OCT 1 0 2014

**CERTIFIED COPY**
THIS WILL CERTIFY THAT THIS IS A TRUE
AND EXACT COPY OF THE ORIGINAL
POLICY, AND THAT IT CONTAINS ALL
FORMS, ENDORSEMENTS AND RIDERS
ATTACHED THERETO.
9-30-14
Date   Authorized Signature

PLAINTIFF'S EXHIBIT 2

Policy No.    CA   457-64-28
Renewal of No. 4576428

AIG COL05 10/10/2014

# CHARTIS

Coverage is provided by

## NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
(a capital stock company)

175 Water Street, New York, NY 10038
(212) 458-5000

## BUSINESS AUTO DECLARATIONS

**ITEM ONE**   Named Insured & Mailing Address
LCS CORRECTIONS SERVICES, INC.

147 EASY ST
LAFAYETTE, LA 70506-3011

Producer's Name & Mailing Address
MARSH USA, INC.
601 POYDRAS ST
STE 1850
NEW ORLEANS, LA 70130-8001

**FORM OF BUSINESS:**

☒ CORPORATION   ☐ PARTNERSHIP   ☐ LIMITED LIABILITY COMPANY   ☐ INDIVIDUAL   ☐ OTHER

**POLICY PERIOD:** From 12/31/2009 to 12/31/2010 at 12:01 A.M. Standard Time at your mailing address.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**POLICY PREMIUM:**          $    171,860

Premium for Terrorism Coverage:
        Not Applicable, Coverage Rejected By Insured

**SCHEDULE OF STATE TAXES, FEES AND SURCHARGES, IF APPLICABLE:***

   Texas                                $34.00

*State Taxes, Fees and Surcharges shown are in addition to the above referenced Policy Premium.

**ENDORSEMENTS ATTACHED TO THIS POLICY:**
   IL 00 17 - Common Policy Conditions (IL 01 46 in Washington)
   IL 00 21 - Broad Form Nuclear Exclusion (Not Applicable in New York)
**SEE ATTACHED FORMS SCHEDULE**

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORMS, AND FORMS AND ENDORSEMENTS IF ANY ISSUED TO FORM A PART THEREOF COMPLETE THE ABOVE NUMBERED POLICY

Date Issued: 02/01/2010

46169 0306
CA DS 03 03 06   Includes copyrighted material of Insurance Services Office, Inc., with its permission. © ISO Properties, Inc., 2005   Page 1 of 5

AIG 0L05 10/12/2014

## ITEM TWO  SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS | LIMIT | PREMIUM |
|---|---|---|---|
| LIABILITY | 1 | $1,000,000 | $ 147,692 |
| PERSONAL INJURY PROTECTION (or equivalent No-fault Coverage) | 5 | SEPARATELY STATED IN EACH PERSONAL INJURY PROTECTION ENDORSEMENT MINUS $ DEDUCTIBLE FOR EACH ACCIDENT | $ INCLUDED |
| ADDED PERSONAL INJURY PROTECTION (or equivalent added No-fault Coverage) | | | $ |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | SEPARATELY STATED IN THE PROPERTY PROTECTION INSURANCE ENDORSEMENT MINUS $ DEDUCTIBLE FOR EACH ACCIDENT. | $ |
| AUTO MEDICAL PAYMENTS | 2 | $5,000 | $ INCLUDED |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia only) | | SEPARATELY STATED IN EACH MEDICAL EXPENSE AND INCOME LOSS BENEFITS ENDORSEMENT. | $ |
| UNINSURED MOTORISTS | 2 | SEPARATELY STATED IN EACH UNINSURED MOTORISTS ENDORSEMENT | $ INCLUDED |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | | | $ |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 8 10 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $1,000 DEDUCTIBLE FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR For Hired Or Borrowed "Autos". | $ 24,168 |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | $25 DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR For Hired Or Borrowed "Autos". | $ |
| PHYSICAL DAMAGE COLLISION COVERAGE | 8 10 | $1,000 DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM FOUR For Hired Or Borrowed "Autos". | $ INCLUDED |
| PHYSICAL DAMAGE TOWING AND LABOR | | $ For Each Disablement Of A Private Passenger "Auto". | $ |
| | | PREMIUM FOR ENDORSEMENTS | $ INCLUDED |
| | | *ESTIMATED TOTAL PREMIUM | $ 171,860 |

*This policy may be subject to final audit.

## ITEM THREE  SCHEDULE OF COVERED AUTOS YOU OWN

| Covered Auto No. | DESCRIPTION Year, Model, Trade Name, Body Type Serial Number (s) Vehicle Identification Number (VIN) | PURCHASED Original Cost New | PURCHASED Actual Cost & NEW (N) USED (U) | TERRITORY Town & State Where The Covered Auto Will Be Principally Garaged |
|---|---|---|---|---|
| | PER SCHEDULE ON FILE WITH COMPANY | | | |
| | | | | |
| | | | | |

| Covered Auto No. | CLASSIFICATION | | | | | | | | EXCEPT For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below As Interests May Appear At the Time Of The Loss. |
|---|---|---|---|---|---|---|---|---|---|
| | Radius Of Operation | Business Use S=service R=retail C=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. | Primary Rating Factor Phy. Dam. | Secondary Rating Factor | Code | |
| | PER SCHEDULE ON FILE WITH COMPANY | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORMS SCHEDULE

EFFECTIVE DATE: 12/31/2009

NAMED INSURED: LCS CORRECTIONS SERVICES, INC.

POLICY NO: CA    457-64-28

```
CAP002 (0408) 2008 AUTO FORMS ADVISORY NOTICE
CA0001 (0306) BUSINESS AUTO POLICY
CA0103 (0208) LOUISIANA CHANGES
CA0198 (0306) TEXAS CHANGES
CA0243 (0301) TEXAS CHANGES - CANC/NONRENEWAL
CA2109 (0604) TEXAS UM/UIM COVERAGE
CA214B (1108) LA UNINSRD MOTORISTS COV-BI
CA2158 (0306) AL UNINSURED MOTORIST COV
CA2264 (0708) TX PERSONAL INJURY PROTECTION
CA9903 (0306) AUTO MEDICAL PAYMENTS
CA9954 (0797) COVERED AUTO DESIG SYMBOL
IL0017 (1198) COMMON POLICY CONDITIONS
IL0021 (0908) NUCLEAR ENERGY LIAB EXCLUSION
IL0277 (0908) LOUISIANA-CANC/NONRENEWAL
53365  (0786) TEXAS LOSS CONTROL
59186  (1193) AUTO THEFT PREVENTION NOTICE
61709  (1294) AMEND DUTIES ACC, CL, SUIT
61944  (0295) BROAD FORM NAMED INSURED
62138  (0395) EARLY NOTICE OF CANC BY US
62697  (0695) WAIVE TRANS RIGHTS AGNST OTHERS
71709  (0304) COMPOSITE RATING PLAN ENDT
87950  (1005) ADD INSRD-WHERE REQ UNDER CONTRA
89049  (0405) WHO IS AN INSURED-AMENDED - BAP
89187  (0406) TERRORISM EXCLUSION
89844  (0705) AMENDATORY ENDT - COVERAGE TERR
94398  (0407) TEXAS NOTICE
```

AIG OLDS 10/10/2014

AIG0L005 10/10/2014

POLICY NUMBER: CA 457-64-28

COMMERCIAL AUTO
CA 21 48 11 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA UNINSURED MOTORISTS COVERAGE - BODILY INJURY

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Louisiana, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy or as of the date indicated below.

| | |
|---|---|
| Named Insured: LCS CORRECTIONS SERVICES, INC. | |
| Endorsement Effective Date: 12/31/2009 | |

**SCHEDULE**

| | |
|---|---|
| Limit Of Insurance: $100,000 | Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. If this insurance provides a limit in excess of the amounts required by the applicable law where a covered "auto" is principally garaged, we will pay only after all liability bonds or policies have been exhausted by payments of judgments or settlements.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":
   a. The Named Insured and any "family members".
   b. Anyone else "occupying" with the Named Insured's express or implied permission a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.
   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".
   d. Anyone else "occupying" an "auto" the Named Insured does not own who is an "insured" for Liability under the Coverage Form, but only at times when that person is an "insured" for Liability under the Coverage Form.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":
   a. Anyone "occupying" with the Named Insured's express or implied permission a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or

---

CA 21 48 11 08 © ISO Properties, Inc., 2008 Page 1 of 3