Date: 02/02/2011                                           Policy Number: 457-64-28

| | |
|---|---|
| Underwriter Name: | JUNE ROBERTS |
| Underwriter Region: | 0007 |
| Underwriter Branch: | 0007 |
| Underwriter Telephone: | 770-671-2328 |
| Operator Name: | GWENDOLYN HALL |
| Operator Telephone: | 770-671-2394 |
| Issuing Division: | 0059 |
| Policy Effective Date: | 12/31/2010 |
| Transaction Type: | REN |
| Set Copy Name: | ELECTRONIC COPY |

EPS TRACKING-ID:        UUF93197700102022011
POLICY NUMBER:          034576428
TABLE EFFECTIVE DATE:   12/31/2010
TABLE WRITTEN DATE:     12/02/2010

DocuCorp International                                                   eUPS

PLAINTIFF'S EXHIBIT 3

Policy No.    CA  457-64-28
Renewal of No. 4576428



Coverage is provided by
## ILLINOIS NATIONAL INSURANCE CO
(a capital stock company)

175 Water Street, New York, NY 10038
(212) 458-5000

## BUSINESS AUTO DECLARATIONS

**ITEM ONE**   Named Insured & Mailing Address
LCS CORRECTIONS SERVICES, INC.

100 D WILLIAMS O STUTES ST
LAFAYETTE, LA 70506-3011

Producer's Name & Mailing Address
MARSH USA, INC.
601 POYDRAS ST
STE 1850
NEW ORLEANS, LA 70130-8001

**FORM OF BUSINESS:**

☒ CORPORATION   ☐ PARTNERSHIP   ☐ LIMITED LIABILITY COMPANY   ☐ INDIVIDUAL   ☐ OTHER

**POLICY PERIOD:** From 12/31/2010 to 12/31/2011 at 12:01 A.M. Standard Time at your mailing address.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**POLICY PREMIUM:**     $   153,640

Premium for Terrorism Coverage:
   Coverage Provided At No Additional Charge


**SCHEDULE OF STATE TAXES, FEES AND SURCHARGES, IF APPLICABLE:***

   Texas                              $32.00


*State Taxes, Fees and Surcharges shown are in addition to the above referenced Policy Premium.


**ENDORSEMENTS ATTACHED TO THIS POLICY:**

   IL 00 17 - Common Policy Conditions (IL 01 46 in Washington)

   IL 00 21 - Broad Form Nuclear Exclusion (Not Applicable in New York)

SEE ATTACHED FORMS SCHEDULE

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORMS, AND FORMS AND ENDORSEMENTS IF ANY ISSUED TO FORM A PART THEREOF COMPLETE THE ABOVE NUMBERED POLICY

Date Issued: 02/02/2011

46169 0306
CA DS 03 03 06    Includes copyrighted material of Insurance Services Office, Inc., with its permission© ISO Properties, Inc., 2006    Page 1 of 5

## FORMS SCHEDULE

EFFECTIVE DATE: 12/31/2010

NAMED INSURED: LCS CORRECTIONS SERVICES, INC.

POLICY NO: CA 457-84-28

```
CA0001 (0306) BUSINESS AUTO POLICY
CA0103 (0208) LOUISIANA CHANGES
CA019B (0308) TEXAS CHANGES
CA0243 (0301) TEXAS CHANGES - CANC/NONRENEWAL
CA2109 (0604) TEXAS UM/UIM COVERAGE
CA2159 (0306) AL UNINSURED MOTORIST COV
CA2284 (0708) TX PERSONAL INJURY PROTECTION
CA9903 (0306) AUTO MEDICAL PAYMENTS
CA9954 (0797) COVERED AUTO DESIG SYMBOL
IL0017 (1198) COMMON POLICY CONDITIONS
IL0021 (0908) NUCLEAR ENERGY LIAB EXCLUSION
IL0277 (0908) LOUISIANA-CANC/NONRENEWAL
53385  (0798) TEXAS LOSS CONTROL
59188  (1193) AUTO THEFT PREVENTION NOTICE
61709  (1294) AMEND DUTIES ACC, CL, SUIT
61944  (0295) BROAD FORM NAMED INSURED
62138  (0395) EARLY NOTICE OF CANC BY US
62897  (0695) WAIVE TRANS RIGHTS AGNST OTHERS
71709  (0304) COMPOSITE RATING PLAN ENDT
87950  (1005) ADD INSRD-WHERE REQ UNDER CONTRA
89049  (0405) WHO IS AN INSURED-AMENDED - BAP
89844  (0705) AMENDATORY ENDT - COVERAGE TERR
94386  (0110) TEXAS NOTICE
```