

**CERTIFIED COPY**
THIS WILL CERTIFY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL POLICY, AND THAT IT CONTAINS ALL FORMS, ENDORSEMENTS AND RIDERS ATTACHED THERETO.
11/11/15
Date — Authorized Signature

PLAINTIFF'S EXHIBIT 4

Policy No.   CA   457-64-28
Renewal of No. 4576428


## CHARTIS

Coverage is provided by

## NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
(a capital stock company)

175 Water Street, New York, NY 10038
(212) 458-5000

## BUSINESS AUTO DECLARATIONS

**ITEM ONE**   Named Insured & Mailing Address
LCS CORRECTIONS SERVICES, INC.
100 D WILLIAMS O STUTES ST.
LAFAYETTE, LA 70506-3011

Producer's Name & Mailing Address
MARSH USA, INC.
ONE SHELL SQUARE
701 POYDRAS STREET STE 4125
NEW ORLEANS, LA 70139

**FORM OF BUSINESS:**

☒ CORPORATION   ☐ PARTNERSHIP   ☐ LIMITED LIABILITY COMPANY   ☐ INDIVIDUAL   ☐ OTHER

**POLICY PERIOD:** From 12/31/2011 to 12/31/2012 at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**POLICY PREMIUM:**   $   165,131

Premium for Terrorism Coverage:
   Not Applicable, Coverage Rejected By Insured

**SCHEDULE OF STATE TAXES, FEES AND SURCHARGES, IF APPLICABLE:** *

Texas                              $74.00

*State Taxes, Fees and Surcharges shown are in addition to the above referenced Policy Premium.

**ENDORSEMENTS ATTACHED TO THIS POLICY:**

   IL 00 17 - Common Policy Conditions (IL 01 46 in Washington)

   IL 00 21 - Broad Form Nuclear Exclusion (Not Applicable in New York)

**SEE ATTACHED FORMS SCHEDULE**

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORMS, AND FORMS AND ENDORSEMENTS IF ANY ISSUED TO FORM A PART THEREOF COMPLETE THE ABOVE NUMBERED POLICY

Date Issued. 03/29/2012

## ITEM TWO   SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS | LIMIT | PREMIUM |
|---|---|---|---|
| LIABILITY | 1 | $1,000,000 | $ 132,236 |
| PERSONAL INJURY PROTECTION (or equivalent No-fault Coverage) | 5 | SEPARATELY STATED IN EACH PERSONAL INJURY PROTECTION ENDORSEMENT MINUS $        DEDUCTIBLE | $ INCLUDED |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault Coverage) | | SEPARATELY STATED IN EACH ADDED PERSONAL INJURY PROTECTION ENDORSEMENT | $ |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | SEPARATELY STATED IN THE PROPERTY PROTECTION INSURANCE ENDORSEMENT MINUS $        DEDUCTIBLE FOR EACH ACCIDENT | $ |
| AUTO MEDICAL PAYMENTS | 2 | $ 5,000 | $ INCLUDED |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia only) | | SEPARATELY STATED IN THE MEDICAL EXPENSE AND INCOME LOSS BENEFITS ENDORSEMENT | $ |
| UNINSURED MOTORISTS | 2 | SEPARATELY STATED IN EACH UNINSURED MOTORISTS ENDORSEMENT | $ INCLUDED |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | | | $ |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 8 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS   $ 5,000 DEDUCTIBLE FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR for Hired Or Borrowed "Autos". | $ 32,895 |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | $     DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR For Hired Or Borrowed "Autos". | $ |
| PHYSICAL DAMAGE COLLISION COVERAGE | 8 | $ 5,000 DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM FOUR For Hired Or Borrowed "Autos". | $ INCLUDED |
| PHYSICAL DAMAGE TOWING AND LABOR | | $     FOR EACH DISABLEMENT OF A PRIVATE PASSENGER "AUTO". | $ |
| | | PREMIUM FOR ENDORSEMENTS | $ INCLUDED |
| | | TERRORISM PREMIUM | $ REJECTED |
| | | ESTIMATED TOTAL PREMIUM* | $ 165,131 |

*This policy may be subject to final audit.

## ITEM THREE   SCHEDULE OF COVERED AUTOS YOU OWN

| Covered Auto No. | DESCRIPTION — Year, Model, Trade Name, Body Type, Serial Number (S), Vehicle Identification Number (VIN) | PURCHASED — Original Cost New | PURCHASED — Actual Cost NEW (N) or USED (U) | TERRITORY — Town & State Where The Covered Auto Will Be Principally Garaged |
|---|---|---|---|---|
| | PER SCHEDULE ON FILE WITH COMPANY | | | |
| | | | | |
| | | | | |

| Covered Auto No. | CLASSIFICATION — Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code | EXCEPT For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below As Interests May Appear At the Time Of The Loss. |
|---|---|---|---|---|---|---|---|
| | SEE COMPOSITE RATE ENDORSEMENT | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# FORMS SCHEDULE

**EFFECTIVE DATE: 12/31/2011**

NAMED INSURED: LCS CORRECTIONS SERVICES, INC.

POLICY NO: CA 457-54-28

```
CA0001 (0310) BUSINESS AUTO COVERAGE FORM
CA0103 (0310) LOUISIANA CHANGES
CA0188 (0310) TEXAS CHANGES
CA0243 (0301) TEXAS CHANGES - CANC/NONRENEWAL
CA2109 (0111) TEXAS UM/UIM COVERAGE
CA2159 (0305) AL UNINSURED MOTORIST COV
CA2284 (0708) TX PERSONAL INJURY PROTECTION
CA9903 (0306) AUTO MEDICAL PAYMENTS
CA9916 (0310) HIRED AU SPEC COVD AU YOU OWN
CA9954 (0797) COVERED AUTO DESIG SYMBOL
IL0017 (1198) COMMON POLICY CONDITIONS
IL0021 (0908) NUCLEAR ENERGY LIAB EXCLUSION
IL0277 (0111) LOUISIANA-CANC/NONRENEWAL
53385 (0798) TEXAS LOSS CONTROL
61709 (1294) AMEND DUTIES ACC, CL, SUIT
61944 (0295) BROAD FORM NAMED INSURED
62138 (0395) EARLY NOTICE OF CANC BY US
62897 (0695) WAIVE TRANS RIGHTS AGNST OTHERS
59186 (1011) AUTO THEFT PREVENTION NOTICE
71708 (0304) COMPOSITE RATING PLAN ENDT
87850 (1005) ADD INSRD-WHERE REQ UNDER CONTRA
89048 (0408) WHO IS AN INSURED-AMENDED - BAP
89187 (0408) TERRORISM EXCLUSION
89544 (0705) AMENDATORY ENDT - COVERAGE TERR
94396 (0110) TEXAS NOTICE
```