

**CERTIFIED COPY**
THIS WILL CERTIFY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL POLICY, AND THAT IT CONTAINS ALL FORMS, ENDORSEMENTS AND RIDERS ATTACHED THERETO.
11/11/15
Date    Authorized Signature

PLAINTIFF'S EXHIBIT 5

Policy No.   CA   457-64-28
Renewal of No. 4576428



Coverage is provided by

## NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
(a capital stock company)

175 Water Street, New York, NY 10038
(212) 458-5000

## BUSINESS AUTO DECLARATIONS

**ITEM ONE**  Named Insured & Mailing Address
LCS CORRECTIONS SERVICES, INC.
100 D WILLIAM O STUTES ST.
LAFAYETTE, LA 70506-3011

Producer's Name & Mailing Address
MARSH USA, INC.
ONE SHELL SQUARE
701 POYDRAS STREET STE 4125
NEW ORLEANS, LA 70139

**FORM OF BUSINESS:**

☒ CORPORATION   ☐ PARTNERSHIP   ☐ LIMITED LIABILITY COMPANY   ☐ INDIVIDUAL   ☐ OTHER

**POLICY PERIOD:** From 12/31/2012 to 12/31/2013 at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**POLICY PREMIUM:**   $   155,736

Premium for Terrorism Coverage:
   Not Applicable, Coverage Rejected By Insured

**SCHEDULE OF STATE TAXES, FEES AND SURCHARGES, IF APPLICABLE:***

Texas                              $82.00

*State Taxes, Fees and Surcharges shown are in addition to the above referenced Policy Premium.

**ENDORSEMENTS ATTACHED TO THIS POLICY:**
   IL 00 17 - Common Policy Conditions (IL 01 46 in Washington)
   IL 00 21 - Broad Form Nuclear Exclusion (Not Applicable in New York)
**SEE ATTACHED FORMS SCHEDULE**

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORMS, AND FORMS AND ENDORSEMENTS IF ANY ISSUED TO FORM A PART THEREOF COMPLETE THE ABOVE NUMBERED POLICY

Date Issued: 01/03/2013

46169 0310
CA DS 03 03 10   Includes copyrighted material of Insurance Services Office, Inc., with its permission. © ISO Properties, 2009   Page 1 of 8

## FORMS SCHEDULE

**EFFECTIVE DATE: 12/31/2012**

NAMED INSURED: LCS CORRECTIONS SERVICES, INC.

POLICY NO: CA 457-84-28

```
CA0001 (0310) BUSINESS AUTO COVERAGE FORM
CA0103 (0310) LOUISIANA CHANGES
CA0196 (0310) TEXAS CHANGES
CA0243 (0301) TEXAS CHANGES - CANC/NONRENEWAL
CA0401 (0310) TEXAS STATED AMOUNT INSURANCE
CA2109 (0111) TEXAS UM/UIM COVERAGE
CA2148 (1108) LA UNINSRD MOTORISTS COV-BI
CA2159 (0308) AL UNINSURED MOTORIST COV
CA2264 (0708) TX PERSONAL INJURY PROTECTION
CA9903 (0908) AUTO MEDICAL PAYMENTS
CA9916 (0310) HIRED AU SPEC COVD AU YOU OWN
CA9928 (0310) STATED AMOUNT INSURANCE
CA9954 (0797) COVERED AUTO DESIG SYMBOL
IL0017 (1198) COMMON POLICY CONDITIONS
IL0021 (0908) NUCLEAR ENERGY LIAB EXCLUSION
IL0277 (0312) LOUISIANA-CANC/NONRENEWAL
53365  (0798) TEXAS LOSS CONTROL
61709  (1294) AMEND DUTIES ACC, CL, SUIT
61944  (0295) BROAD FORM NAMED INSURED
62136  (0395) EARLY NOTICE OF CANC BY US
62897  (0895) WAIVE TRANS RIGHTS AGNST OTHERS
59186  (1011) AUTO THEFT PREVENTION NOTICE
71709  (0304) COMPOSITE RATING PLAN ENDT
87950  (1005) ADD INSRD-WHERE REQ UNDER CONTRA
89049  (0405) WHO IS AN INSURED-AMENDED - BAP
89187  (0408) TERRORISM EXCLUSION
89844  (0705) AMENDATORY ENDT - COVERAGE TERR
94396  (0110) TEXAS NOTICE
```

POLICY NUMBER: CA  457-64-28

COMMERCIAL AUTO
CA 21 48 11 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA UNINSURED MOTORISTS COVERAGE - BODILY INJURY

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Louisiana, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy or as of the date indicated below.

| Named Insured: LCS CORRECTIONS SERVICES, INC. |
|---|
| Endorsement Effective Date: 12/31/2012 |

## SCHEDULE

| Limit Of Insurance:   $100,000                             Each "Accident" |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. If this insurance provides a limit in excess of the amounts required by the applicable law where a covered "auto" is principally garaged, we will pay only after all liability bonds or policies have been exhausted by payments of judgments or settlements.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

    a. The Named Insured and any "family members".

    b. Anyone else "occupying" with the Named Insured's express or implied permission a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

    c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

    d. Anyone else "occupying" an "auto" the Named Insured does not own who is an "insured" for Liability under the Coverage Form, but only at times when that person is an "insured" for Liability under the Coverage Form.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

    a. Anyone "occupying" with the Named Insured's express or implied permission a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or